# EXHIBIT C

This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as binding or limiting.

## Chart 1:  U.S. Patent No. 11,067,374 — Claim 15

Accused Product: Damocles™ Launched Effect VTOL Loitering Munition (Textron Systems / Ascent AeroSystems NX30 Spartan)

| Claim Element | Damocles™ / NX30 Spartan Evidence |
|---|---|
| **[Preamble]** An aeronautical device for vertical take-off and flight above a ground plane, comprising: | The Damocles LE system is a VTOL loitering munition designed to deliver an explosive ordnance (GEN2 EFP warhead) from altitude to a target while avoiding collateral damage. The system provides precision top-attack capability and includes UXO-prevention features. (Sources: Textron press release Oct. 7, 2025; Damocles brochure; Armada International.) |
| **[15a]** a case comprising an upper case portion and a lower case portion, the lower case portion connected to a bottom portion of the upper case portion; | The NX30 Spartan has a compact cylindrical (tubular) body with first (top) and second (bottom) opposing end portions. Ascent describes its 'aerodynamic cylindrical design.' The GEN2 EFP warhead is positioned within/attached to the body. (Sources: Ascent website; Damocles brochure; Textron press release.) |
| **[15b]** a plurality of deployable coaxial blades connected to the upper case such that, when deployed, the blades are rotatable about the upper case to impart thrust and bring the ordnance to a first altitude above a desired position; | The NX30 features coaxial counter-rotating rotor blades at the top (first end portion) of the cylindrical body. Blades rotate under powered operation for VTOL lift, bringing the ordnance to operational altitude. No launch equipment required. NX30 reaches 60 mph with 70+ min endurance. (Sources: Ascent specs; Damocles brochure.) |
| **[15c]** a motor attached to the upper case portion and connected to selectively provide power to rotate the blades to enable vertical take-off and flight; | The NX30 contains an electric motor within the cylindrical body powering the coaxial rotors. Motor selectively provides powered VTOL operation. Ascent: 'the laws of physics favor the coaxial over other VTOL configurations.' (Sources: Ascent website; NX30 specs.) |
| **[15d]** a payload attached to the case; | The GEN2 EFP warhead is positioned within/attached to the body. (Sources: Ascent website; Damocles brochure; Textron press release.) |

1

| | |
|---|---|
| **[15e]** an imaging system attached to the lower case, which can be oriented to generate image data representative of a view from the ordnance of a portion of the ground plane directly below the ordnance during flight, and | The Damocles has day/night EO/IR sensors providing ATR in all weather. The imaging sensors acquire both infrared and visible light images of the ground plane. FMV feedback to operator. Sensor apertures visible at the lower body in product imagery. (Sources: Damocles brochure; Textron press release; Armada International.) |
| **[15f]** a switch connected to drop the ordnance from the first altitude and on to the target; and | The system transmits FMV feedback to operator via rf data link. Bi-directional tactical datalink provides rf video transmission of real-time sensor imagery for ISR and human-in-the-loop strike authorization. (Sources: Damocles brochure; Ascent C2 specs.) |
| **[15g]** wherein one or more first control signals can be sent from a remote control device to navigate movement of the ordnance to an airborne position above the target position. | The system is remotely controllable via rf data link. NX30 ships with Doodle Labs Mesh Rider® 2.4GHz radio; supports Microhard, Silvus, Persistent Systems tactical datalinks. RF receiver circuitry receives control signals directing flight, navigation, and strike. (Sources: Ascent C2 specs; Damocles brochure.) |

**Chart 1(A):  Claim 15 Dependent Claims**

| Claim | Additional Limitation | Evidence |
|---|---|---|
| [16a] | A system comprising the aeronautical device of claim 15 further including:<br><br>A microprocessor-based subsystem operatively connected to control steering and operation of the ordnance, including operation the [sic] motor and the camera, and adjustment of the blades for steering; and | Damocles includes onboard flight computer (microprocessor-based) controlling motor, sensors, and blade steering. GCS communicates via rf tactical datalink. Operator controls strike via GCS. (Sources: Damocles brochure; Ascent C2 specs.) |
| [16b] | the remote control device configure [sic] to steer the ordnance to a position above the target and drop the ordnance on the target, said device capable of transmitting data to and receiving data from the microprocessor-based subsystem via a rf link to effect control of the operation of the ordnance, including the function of the switch to drop the ordnance from the first altitude. | The system is remotely controllable via rf data link. NX30 ships with Doodle Labs Mesh Rider® 2.4GHz radio; supports Microhard, Silvus, Persistent Systems tactical datalinks. RF receiver circuitry receives control signals directing flight, navigation, and strike. (Sources: Ascent C2 specs; Damocles brochure.) |
| [17] | The aeronautical device according to claim 16, further comprising a receiver configured to receive a remote signal such that, when the ordnance is deployed, flight of the ordnance is controllable via the remote signal so as to steer the ordnance to a position and hover above the desired position. | NX30 has rf receiver (Doodle Labs/Silvus/etc.) enabling remote-controlled flight, steering, and hover above target. (Sources: Ascent C2 specs; Damocles brochure.)<br><br>The system transmits FMV feedback to operator via rf data link. Bi-directional tactical datalink provides rf video transmission of real-time sensor imagery for ISR and human-in-the-loop strike authorization. (Sources: Damocles brochure; Ascent C2 specs.) |
| [19] | The aeronautical device according to claim 16, wherein the payload includes at least one of an<br><br>(i) explosive coupled to a switch enabling the aeronautical device to function as an ordnance operable to be dropped from a first altitude toward the desired position,<br><br>(ii) a nuclear detector, | Damocles payload is GEN2 EFP explosive warhead coupled to detonation mechanism enabling kinetic strike from altitude. (Sources: Textron press release; Damocles brochure.) |

| | |
|---|---|
| (iii) a chemical detector,<br><br>(iv) a biological agent detector,<br><br>(v) a phosphorus payload,<br><br>(vi) a chemical payload, or<br><br>(vii) a lighting system configured to illuminate an area around the ordnance. | |

4

**Chart 2:  U.S. Patent No. 11,940,251 — Claim 1**

Accused Product: Damocles™ Launched Effect VTOL Loitering Munition

| Claim Element | Damocles™ / NX30 Spartan Evidence |
|---|---|
| **[Preamble]** An aeronautical ordnance for vertical take-off and flight above a ground plane, comprising: | The Damocles LE system is a VTOL loitering munition built on NX30 Spartan coaxial VTOL platform and designed to deliver an explosive ordnance (GEN2 EFP warhead) from altitude to a target while avoiding collateral damage. The system provides precision top-attack capability and includes UXO-prevention features. (Sources: Textron press release Oct. 7, 2025; Damocles brochure; Armada International.) |
| **[1a]** a tubular shaped body having first and second opposing end portions and an explosive component positioned therein; | The NX30 Spartan has a compact cylindrical (tubular) body with first (top) and second (bottom) opposing end portions. Ascent describes its 'aerodynamic cylindrical design.' The GEN2 EFP warhead is positioned within/attached to the body. (Sources: Ascent website; Damocles brochure; Textron press release.) |
| **[1b]** a plurality of blades connected to the body at or near the first end portion for rotation about the body under powered operation to impart thrust and bring the ordnance to a first altitude above a target position; | The NX30 features coaxial counter-rotating rotor blades at the top (first end portion) of the cylindrical body. Blades rotate under powered operation for VTOL lift, bringing the ordnance to operational altitude. No launch equipment required. NX30 reaches 60 mph with 70+ min endurance. (Sources: Ascent specs; Damocles brochure.) |
| **[1c]** a motor positioned within the tubular shaped body, connected to selectively provide the powered operation to impart the thrust and thereby provide propulsive lift to the ordnance via the blade rotation; | The NX30 contains an electric motor within the cylindrical body powering the coaxial rotors. Motor selectively provides powered VTOL operation. Ascent: 'the laws of physics favor the coaxial over other VTOL configurations.' (Sources: Ascent website; NX30 specs.) |
| **[1d]** an imaging device mounted along the second end portion to generate frames of image data representative of a view of a ground plane while the ordnance is airborne, where the imaging device acquires infrared or visible light images; | The Damocles has day/night EO/IR sensors providing ATR in all weather. The imaging sensors acquire both infrared and visible light images of the ground plane. FMV feedback to operator. Sensor apertures visible at the |

5

| | |
|---|---|
| | lower body in product imagery. (Sources: Damocles brochure; Textron press release; Armada International.) |
| **[1e]** first receiver circuitry configured to receive radio frequency (rf) control signals and coupled to effect operation of other components of the ordnance in response to the received signals; and | The system is remotely controllable via rf data link. NX30 ships with Doodle Labs Mesh Rider® 2.4GHz radio; supports Microhard, Silvus, Persistent Systems tactical datalinks. RF receiver circuitry receives control signals directing flight, navigation, and strike. (Sources: Ascent C2 specs; Damocles brochure.) |
| **[1e cont.]** rf video transmission circuitry coupled to receive the frames of image data and transmit rf signals comprising a stream of the image data, wherein, | The Damocles has day/night EO/IR sensors providing ATR in all weather. The imaging sensors acquire both infrared and visible light images of the ground plane. FMV feedback to operator. Sensor apertures visible at the lower body in product imagery. (Sources: Damocles brochure; Textron press release; Armada International.) |
| **[1f]** when the ordnance is airborne above a ground plane:<br><br>(i) the blades are positioned above the motor and are connected to the motor via a shaft for rotation about central axis, and<br><br>(ii) the imaging device can generate frames of image data representative of a view of a portion of the ground plane directly below the ordnance, and | NX30's coaxial rotors are above motor, connected via shaft, rotating about central (coaxial) axis. EO/IR sensors generate imagery of ground directly below. (Sources: All product imagery; Damocles brochure; LinkedIn AUSA post.) |
| **[1g]** after the powered operation is initiated to impart the propulsive lift to the ordnance, frames of image data, representative of a view of a portion of the ground plane vertically below the ordnance, can be generated based on image data acquired with the imaging device positioned on the ordnance, and | After VTOL takeoff, FMV imagery generated via EO/IR sensors. Operator sends navigation commands via GCS. System supports semi-autonomous and fully autonomous search patterns with ground loiter option. (Sources: Damocles brochure; Textron press release; LASSO program.) |
| **[1g cont.]** one or more first control signals can be sent from a remote control device to navigate movement of the ordnance to an airborne position above the target position; and | Operator (or autonomous tracking with human-in-the-loop auth) sends strike command. Damocles descends in top-attack profile and detonates GEN2 EFP warhead. Textron confirms 'Kinetic' mission capability. (Sources: Textron press release; Damocles brochure; Armada International.) |

6

| | |
|---|---|
| **[1h]** with the ordnance in an airborne position above the target position, one or mroe second control signals can be sent from the remote-control device to cause the ordnance to descend toward the target position  and detonate the explosive component. | The system transmits FMV feedback to operator via rf data link. The system supports top-attack strike with GEN2 EFP warhead detonation. Bi-directional tactical datalink provides rf video transmission of real-time sensor imagery for ISR and human-in-the-loop strike authorization. (Sources: Damocles brochure; Ascent C2 specs.) |

7

**Chart 2(A):  Claim 1 Dependent Claims**

| Claim | Additional Limitation | Evidence |
|---|---|---|
| [2] | The aeronautical ordnance of claim 1 including a mechanism by which an operator may, via an operation performed on the remote-control device, cease motor operation of the ordnance to drop the ordnance from the first altitude and toward the target position. | Damocles GCS enables operator to command kinetic strike, ceasing powered hover and dropping the ordnance toward target. The system transmits FMV feedback to operator via rf data link. The system supports top-attack strike with GEN2 EFP warhead detonation. Bi-directional tactical datalink provides rf video transmission of real-time sensor imagery for ISR and human-in-the-loop strike authorization. (Sources: Damocles brochure; Ascent C2 specs.) |
| [5] | The aeronautical ordnance of claim 1 where sending the one or more second control signals causes the ordnance to hover directly above the target position before descending on the target position. | Damocles has explicit loitering/hover capability above target area before strike. Ground loiter option enhances time on target. ATR maintains lock during hover. (Sources: Damocles brochure.) |
| [6] | The aeronautical ordnance of claim 1 where detonating the explosive component is effected with<br><br>(i) an impact fuse when the ordnance strikes a surface, or<br><br>(ii) a detonator switch operable to detonate the explosive component. | GEN2 EFP warhead has detonation mechanism for top-attack strike. Warhead detonates upon reaching target. System likely includes impact fuse and/or command detonation. (Discovery needed for specific mechanism.) |
| [7] | The aeronautical ordnance of claim 1 where the explosive component is selectively effected with<br><br>(i) an impact fuse when the ordnance strikes a surface, or<br><br>(ii) a detonator switch operable to detonate the explosive component and, when an operator of the remote control device detonates the explosive component without deployment of the impact fuse, the detonator switch is operated with a third control | Damocles GCS enables operator to command kinetic strike, ceasing powered hover and dropping the ordnance toward target. The system transmits FMV feedback to operator via rf data link. The system supports top-attack strike with GEN2 EFP warhead detonation. GEN2 EFP warhead has detonation mechanism for top-attack strike. Warhead detonates upon reaching target.  Bi-directional tactical datalink provides rf video transmission of real-time sensor imagery for ISR and human-in-the-loop strike authorization. (Sources: Damocles brochure; Ascent C2 specs.) |

| | | |
|---|---|---|
| | signal transmitted from a remote control device to detonate the explosive component at or above the ground plane. | |
| [9] | The aeronautical ordnance of claim 1 where the ordnance can be deployed while being hand held by an operator. | Damocles is a lightweight, man-portable VTOL system (~8 lbs empty). No launch equipment required. LASSO program specifically seeks man-portable loitering munitions deployable by frontline soldiers. (Sources: Textron press release Oct. 7, 2025; Damocles brochure; Armada International.) |
| [10] | The aeronautical ordnance of claim 9 where the ordnance is deployable by powering the ordnance while the operator holds the ordnance and then controls movement of the ordnance via a remote-control device. | VTOL deployment: operator powers the system and it takes off vertically from hand-held or ground position. Operator then controls via GCS/remote control device. (Sources: Damocles brochure; LASSO requirements.) |
| [11] | The aeronautical ordnance of claim 10 further including the remote-control device wherein: <br><br> a. a display of the remote-control device is viewable by the operator to observe the current position of the ordnance over the ground plane; and <br><br> b. when the operator identifies a target beneath the ordnance via the display, the remote-control device enables the operator to cause the ordnance to descend in a downward direction toward or directly upon the position of the selected target. | Operator views FMV on GCS display, observes ordnance position over ground, identifies target via day/night ATR/FMV, then commands descent via remote control device. (Sources: Damocles brochure.) |
| [12] | The aeronautical ordnance of claim 1 where, when the one or more second control signals are sent from the remote-control device the ordnance is caused to descend from the first altitude in a vertical direction, relative to the ground plane, to the target position. | GEN2 EFP warhead delivers top-attack strike — ordnance descends vertically onto target. Top-attack profile is specifically designed to exploit thinner roof armor. (Sources: Damocles brochure; Textron press release.) |
| [13] | The aeronautical ordnance of claim 1 where the blades are connected to the body to occupy a retracted position or an expanded position for rotation and the powered operation to | NX30 Spartan's cylindrical form factor features deployable rotor blades that expand from compact configuration for VTOL flight. |

9

|  |  |  |
|---|---|---|
|  | impart the thrust deploys the blades from the retracted position to the expanded position for rotation and provision of the lift. | Ascent describes 'deployable coaxial blades.' (Sources: Ascent website; product imagery.) |
| **[14]** | The aeronautical ordnance according to claim 1 further including a microprocessor-based subsystem operatively connected to control steering and operation of the aeronautical ordnance, including operation of the motor and the imaging system and adjustment of the blades for steering. | Damocles includes onboard flight computer controlling all subsystems. Autonomous navigation, ATR, GPS-denied operation all require microprocessor-based control. (Sources: Damocles brochure.) |

**Chart 3:  U.S. Patent No. 11,940,251 — Claim 15**

Accused Product: Damocles™ Launched Effect VTOL Loitering Munition

| Claim Element | Damocles™ / NX30 Spartan Evidence |
|---|---|
| **[Preamble]** An aeronautical ordnance for vertical take-off and flight above a ground plane, comprising: | The Damocles LE system is a VTOL loitering munition built on NX30 Spartan coaxial VTOL platform and designed to deliver an explosive ordnance (GEN2 EFP warhead) from altitude to a target while avoiding collateral damage. The system provides precision top-attack capability and includes UXO-prevention features. (Sources: Textron press release Oct. 7, 2025; Damocles brochure; Armada International.) |
| **[15a]** a case comprising an upper-case portion and a lower-case portion, the lower-case portion connected to a bottom portion of the upper-case portion; | The NX30 Spartan has a compact cylindrical (tubular) body with first (top) and second (bottom) opposing end portions. Ascent describes its 'aerodynamic cylindrical design.' The GEN2 EFP warhead is positioned within/attached to the body. (Sources: Ascent website; Damocles brochure; Textron press release.) |
| **[1b]** a plurality of deployable coaxial blades connected to the upper case such that, when deployed, the blades are rotatable about the upper case to impart thrust and bring the aeronautical device to a first altitude; | Same as '374 Claim 1 mapping. Coaxial counter-rotating blades at top of body for VTOL. |
| **[1c]** a motor attached to the upper-case portion and connected to selectively provide power to rotate the blades to enable vertical take-off and flight; | The NX30 features coaxial counter-rotating rotor blades at the top (first end portion) of the cylindrical body. Blades rotate under powered operation for VTOL lift, bringing the ordnance to operational altitude. No launch equipment required. NX30 reaches 60 mph with 70+ min endurance. (Sources: Ascent specs; Damocles brochure.) |
| **[1d]** a payload attached to the case; | The Damocles LE system is a VTOL loitering munition built on NX30 Spartan coaxial VTOL platform and designed to deliver an explosive ordnance (GEN2 EFP warhead). (Sources: Textron press release Oct. 7, 2025; Damocles brochure; Armada International.) |

11

| | |
|---|---|
| **[1e]** an imaging system, attached to the lower case, which can be oriented to generate image data representative of a view from the aeronautical device of a portion of the ground plane directly below the aeronautical device during flight; and | The Damocles has day/night EO/IR sensors providing ATR in all weather. The imaging sensors acquire both infrared and visible light images of the ground plane. FMV feedback to operator. Sensor apertures visible at the lower body in product imagery. (Sources: Damocles brochure; Textron press release; Armada International.) |
| **[1f]** a switch connected to drop the aeronautical device from the first altitude and on to a target, wherein one or more first control signals can be sent from a remote-control device to navigate movement of the aeronautical device to an airborne position at the first altitude and above the target. | Damocles includes GCS/remote control device with: (i) rf control circuitry for flight/hover/strike commands; (ii) rf receiver for FMV stream; (iii) video processing with display for real-time imagery. Standard Herelink GCS (upgradeable). (Sources: Damocles brochure; Ascent NX30 kit specs.) <br><br> Operator (or autonomous tracking with human-in-the-loop auth) sends strike command. Damocles descends in top-attack profile and detonates GEN2 EFP warhead. Textron confirms 'Kinetic' mission capability. (Sources: Textron press release; Damocles brochure; Armada International.) |

## Chart 3(A):  Claim 15 Dependent Claims

| Claim | Additional Limitation | Evidence |
|---|---|---|
| **[16a]** | A system comprising the aeronautical device of claim 15 further including: <br><br> a microprocessor-based subsystem operatively connected to control steering and operation of the aeronautical device, including operation of the motor and the imaging system and adjustment of the blades for steering; and | Damocles includes onboard flight computer (microprocessor-based) controlling motor, sensors, and blade steering. GCS communicates via rf tactical datalink. Operator controls strike via GCS. (Sources: Damocles brochure; Ascent C2 specs.) |

12

| | | |
|---|---|---|
| **[16b]** | a remote-control device to steer the aeronautical device to the position at the first altitude and above the target and drop the aeronautical device on the target, said device capable of transmitting data to and receiving data from the microprocessor-based subsystem via a rf link to effect control of the operation of the aeronautical device, including operation of the switch to drop the aeronautical device from the first altitude. | The system is remotely controllable via rf data link. NX30 ships with Doodle Labs Mesh Rider® 2.4GHz radio; supports Microhard, Silvus, Persistent Systems tactical datalinks. RF receiver circuitry receives control signals directing flight, navigation, and strike. (Sources: Ascent C2 specs; Damocles brochure.)<br><br>The system transmits FMV feedback to operator via rf data link. Bi-directional tactical datalink provides rf video transmission of real-time sensor imagery for ISR and human-in-the-loop strike authorization. (Sources: Damocles brochure; Ascent C2 specs.)<br><br>Operator views FMV on GCS display, observes ordnance position over ground, identifies target via day/night ATR/FMV, then commands descent via remote control device. (Sources: Damocles brochure.) |
| **[17]** | The aeronautical device according to claim 16, further comprising a receiver configured to receive a remote signal such that, when the aeronautical device is deployed, flight of the aeronautical device is controllable via the remote signal so as to steer the aeronautical device to the position at the first altitude and hover above the target. | NX30 has rf receiver (Doodle Labs/Silvus/etc.) enabling remote-controlled flight, steering, and hover above target. (Sources: Ascent C2 specs; Damocles brochure.) |
| **[19]** | The aeronautical device according to claim 16, wherein the payload includes at least one of an<br><br>(i) explosive coupled to the switch enabling the aeronautical device to function as an ordnance operable to be dropped from a first altitude toward the desired position,<br><br>(ii) a phosphorus payload or<br><br>(iii) a chemical payload. | Damocles payload is GEN2 EFP explosive coupled to detonation mechanism. (Sources: Textron press release; Damocles brochure.) |

13

**EVIDENCE SOURCES**

1. Textron Systems Press Release, October 7, 2025

2. Damocles Brochure (ID26801 Damocles Brochure V3)

3. LinkedIn post by Mike Hirschberg, AUSA, October 2025

4. Armada International, November Spectrum SitRep

5. U.S. Army LASSO prototype agreement, February 2026

6. Overwerx cease-and-desist letter to Textron, October 25, 2025

7. Ascent AeroSystems NX30 Spartan specifications and marketing

8. Ascent AeroSystems v. Hill et al., D. Conn., No. 3:24-cv-01075-RNC

14

# EXHIBIT 1

Case 1:26-cv-00297-UNA   Document 1-3   Filed 03/18/26   Page 17 of 74 PageID #: 95



**TEXTRON**

# NEWS RELEASE

View All News →

## TEXTRON SYSTEMS INTRODUCES DAMOCLES™ LAUNCHED EFFECT SYSTEM

OCTOBER 7, 2025

**Wilmington, Mass., Oct. 7, 2025** – Textron Systems Corporation, a Textron Inc. (NYSE: TXT) company, announced today the introduction of its Damocles™ launched effect (LE), a cutting-edge system designed to deliver a significant strategic advantage in peer warfare environments. With Textron Systems' advanced GEN2 Explosively Formed Penetrator (EFP), the Damocles LE delivers top-attack, electronic warfare, and intelligence, surveillance and reconnaissance (ISR) capabilities as either a ground- or air-delivered payload.



Equipped with autonomous tracking capabilities and advanced artificial intelligence, the Damocles LE provides operators with advanced capabilities, while maintaining the human in the loop for mission supervision and decision-making. The precision unitary munition ensures accurate targeting, making it a highly effective tool in mission-critical scenarios. The Damocles LE also features a low acoustic signature, which enhances stealth and reduces detectability during operations.

To further enhance operational safety, the system includes features to prevent unexploded ordnance (UXO), reducing the risk of hazardous remnants on the battlefield.

The Damocles LE is built with a modular open systems architecture (MOSA) approach, allowing other payloads to be integrated into the system to support various Concept of Operations (CONOPS), such as electronic warfare effects.

"Textron Systems is the industry leader in EFP technologies, and the Damocles LE builds on our decades of experience to provide next-generation technology to the warfighter," said Henry Finneral, Senior Vice President, Weapon Systems. "We stand ready to provide our cost-effective solution at speed and at scale to provide mission support to the joint forces and allied nations."

Case 1:26-cv-00297-UNA Document 1-3 Filed 03/18/26 Page 18 of 74 PageID #: 96

**TEXTRON**

About Textron Systems

Textron Systems is a world leader in uncrewed air, surface and land products, services and support founded on the combined expertise in our family of brands that includes Textron Systems, Howe & Howe, Lycoming, and ATAC. We harness the unlimited power of teamwork to solve incredible problems across seven specialized domains: air, land, sea, propulsion, weapon systems, electronic systems and test, training & simulation. From product development and manufacturing to training, operations and support, we integrate and offer ingenious and advanced solutions to support defense, aerospace, and other customer missions. For more information, visit www.textronsystems.com.

**About Textron Inc.**

Textron Inc. is a multi-industry company that leverages its global network of aircraft, defense, industrial and finance businesses to provide customers with innovative solutions and services. Textron is known around the world for its powerful brands such as Bell, Cessna, Beechcraft, Pipistrel, Jacobsen, Kautex, Lycoming, E-Z-GO, and Textron Systems. For more information, visit: www.textron.com.

*Certain statements in this press release are forward-looking statements which may project revenues or describe strategies, goals, outlook or other non-historical matters; these statements speak only as of the date on which they are made, and we undertake no obligation to update or revise any forward-looking statements. These statements are subject to known and unknown risks, uncertainties, and other factors that may cause our actual results to differ materially from those expressed or implied by such forward-looking statements.*

**MEDIA CONTACT**
Textron Systems
Public Relations Team
978-657-2020
publicrelations@textronsystems.com

View All News →

**QUICK LINKS**

SEC Filings

Investor FAQs

Information Request Form

**INVESTOR EMAIL**

Enter Your Email Address                                SUBMIT

Case 1:26-cv-00297-UNA    Document 1-3    Filed 03/18/26    Page 19 of 74 PageID #: 97

# TEXTRON

News

Quarterly Reports

Annual Reports

SEC Filings

End of Day Stock Quote

Events & Presentations

Unsubscribe

Privacy Policy   |   Terms & Conditions   |   Legal   |   CA Transparency in Supply Chains Act   |   Site Map

© 2004-2026 Textron Inc. - All rights reserved

# EXHIBIT 2

AIR | LAND | SEA | PROPULSION | **WEAPON SYSTEMS** | ELECTRONIC SYSTEMS | TEST, TRAINING & SIMULATION

# DAMOCLES™ LAUNCHED EFFECT



## DECISIVE LETHALITY IN PEER WARFARE

Damocles™ launched effect delivers a lightweight, modular, Vertical Takeoff & Landing (VTOL) system designed to provide a fully autonomous or semi-autonomous search and strike capability. Damocles system delivers a next-generation top-attack munition with a revolutionary lethal warhead.

### Features & Benefits

> No launch or recovery equipment, significantly reducing logistic footprint.

> Standoff attack: Gen-2 Explosively Formed Penetrator (EFP) Warhead provides lethality overmatch.

> Fully autonomous search and attack capability with FMV feedback for human-in-the-loop control.

> Modular Open System Approach (MOSA) designed to meet current and future customer requirements.

> Textron Systems is the foremost developer and manufacturer of sophisticated U.S. policy compliant top-attack munitions.



**DAY/NIGHT AUTOMATIC TARGET RECOGNITION (ATR)**

In all weather conditions



**OPERABLE IN GPS-DENIED ENVIRONMENT**

Provides a relocatable loiter and precision strike at all ranges



**GROUND LOITER OPTION**

Enhances time on target area

**TextronSystems.com**

    



▶ PUSHING PAST POSSIBLE

Textron Systems | Hunt Valley, MD | +1.800.655.2616
© 2025 Textron Systems Corporation.

# EXHIBIT 3

technologies and
capabilities.



**Follow**

Message

---

👍 Like          💬 Comment          🔁 Repost          ➤ Send

**Mike Hirschberg** ✅ · 2nd                              + Follow  ···
Aviation executive with a proven track record of leadin...
5d · Edited · 🌐

Textron Systems (in a seamless exhibit space with sister company, Bell Flight) presented its capabilities of #uncrewed aircraft at this week's Association of the United States Army - AUSA Annual General Meeting in Washington, DC.

Textron Systems demonstrated its Aerosonde Mk 4.8 HQ lift-plus-cruise #VTOL #drone for the Army's ill-fated Future Tactical Uncrewed Aircraft Systems (#FTUAS) competition to replace the aging RQ-7B Shadow. Once the Army decides what it wants to field, Textron has multiple potential #UAS solutions, as showcased this week.

Another unique VTOL is the Damocles #LaunchedEffect (LE), based on the Ascent AeroSystems NX30 Spartan, for the Army's forthcoming Low-Altitude Stalk and Strike Ordnance (LASSO) competition. "With Textron Systems' advanced GEN2 Explosively Formed Penetrator (EFP), the Damocles LE delivers top-attack, electronic warfare, and intelligence, surveillance and reconnaissance (ISR) capabilities as either a ground- or air-delivered payload." The top-attack video of disabling armored tanks with EFPs was particularly insightful! https://lnkd.in/eptP6b_i

Ascent, a subsidiary of Robinson Helicopter Company, was featured in a recent Vertical Flight Society #Vertiflite magazine: https://lnkd.in/e-jrsYEU





🔵🟡❤️ 44                                    5 comments

---

👍 Like          💬 Comment          🔁 Repost          ➤ Send

# EXHIBIT 4

Case 1:26-cv-00297-UNA    Document 1-3    Filed 03/18/26    Page 25 of 74 PageID #: 103

# November Spectrum SitRep

By **Dr. Thomas Withington** - November 6, 2025



*Textron is developing a counter-battery radar electronic warfare payload for the company's UAV-based Damocles-LE air-to-surface/surface-to-surface weapon.*

**Armada's monthly round-up of all the latest electronic warfare news in the product, programme and operational domains.**

## Damocles-LE Counter-Battery Radar Variant

Textron has shared with *Armada* that the company is developing a dedicated counter-battery radar electronic warfare payload for its Damocles Launched Effect (Damocles-LE) system it unveiled in July. Damocles-LE is a surface-to-surface/air-to-surface weapon employing an advanced, explosively formed penetrator for top attack missions against surface targets, according to company literature. Alongside the kinetic payload, Damocles-LE can accommodate Electronic Warfare (EW) and intelligence, surveillance and reconnaissance packages. The company declined to share which radar frequencies the EW payload will cover. Given the counter-battery radar mission, it is likely these frequencies will include S-band (2.3 gigahertz/GHz to 2.5GHz/2.7GHz to 3.7GHz) and C-band (5.25GHz to 5.925GHz) at a minimum. Damocles-LE uses Ascent Aerospace's NX-30 Spartan uncrewed aerial vehicle. Textron continued that it expects to reach Technology Readiness Level Six (TRL-6) by April 2026 for Damocles-LE. US Department of Defence definitions state that TRL-6 denotes that a representative model or prototype system has been tested in a relevant environment.

# EW-EDMT Unveiled

*ERA demonstrated the company's new EW-EDMT system at the recent EW Live event in Tartu, southern Estonia. A basic version of the product is already in service, and the full version is scheduled for delivery to its first customer early next year.*

ERA took advantage of this year's EW Live event held in Tartu, southern Estonia between 23rd and 26th September to unveil the company's Electromagnetic Warfare ERA Data Management Toolkit (EW-EDMT). An ERA press release said that the EW-EDMT can manage electronic support measure databases and automatic data processing. Delegates attending EW Live were able to see the EW-EDMT in action. The document continued that the system processes Signals Intelligence (SIGINT), particularly Electronic Intelligence (ELINT), from reception to dissemination: "It's main purpose is to determine (the) identification of targets such as the platform, emitter and emitter node". By using the EW-EDMT SIGINT professionals can extract information relevant to threat libraries and emitter databases. ERA told *Armada* in a written statement that the EW-EDMT architecture comprises an emitter tool to manage and update reference databases. A data mining tool stores, processes and evaluates ELINT data. The EW-EDMT's mission tool maintains situational awareness and detects priority targets during missions. Finally, the target tool provides detailed information on military platforms, emitters and weapons systems to assist order-of-battle creation. The company added that a basic version of the EW-EDMT has already been delivered to over five North Atlantic Treaty Organisation (NATO) and non-NATO nations. The first full version of the EW-EDMT is expected to be delivered to an undisclosed customer in early 2026.

## New NEWTS

*The NEWTS IQ is the latest edition to MASS' NEWTS electronic warfare training system. NEWTS IQ can use in-phase and quadrature data to help replicate an accurate electromagnetic environment.*

Also taking advantage of EW Live to launch new products was MASS which revealed the latest version of the company's NEWTS electromagnetic environment training system. Dubbed NEWTS IQ, the system provides the means to replicate realistic electromagnetic environment factors using in-phase and quadrature data. This replication can be done without needing to emit any radio frequency signals, says the company on its website. Stuart Willumsen, MASS' head of spectrum warfare training, told *Armada* that "all NEWTS IQ hardware … can deliver targets to CEMA (Cyber and Electromagnetic Activities) training audiences at a spectral density that enables full decoding and decryption, which means that they are, to all intents and purposes, targets which present as authentic". Another useful training feature is that NEWTS IQ can replicate a congested and contested electromagnetic environment for students. The replication is provided using wide band recordings. Alternatively the local live electromagnetic environment can be injected into NEWTS IQ: "These separate aspects of NEWTS IQ mean a fully realistic, immersive and importantly, challenging environment for CEMA training audiences, making them more proficient at their primary role as well as expediting knowledge transfer," Mr. Willumsen continues. NEWTS IQ is already in service with two United Kingdom customers. MASS expects further iterations and enhancements of the overall NEWTS family in the future: "NEWTS IQ is an evolving capability, which is in the spirit of the rapid development cycles forced by the current operational context," Mr. Willumsen concluded.

*by Dr. Thomas Withington*

**Dr. Thomas Withington**

Editor, Defence commentator, journalist, military historian.

𝕏

# EXHIBIT 5

Case 1:26-cv-00297-UNA    Document 1-3    Filed 03/18/26    Page 30 of 74 PageID #: 108





# NEWS RELEASE

View All News →

## Textron Systems' Damocles™ Loitering Munition Selected For U.S. Army Low Altitude Stalking & Strike Ordnance (LASSO) Contract

**FEBRUARY 25, 2026**

**Wilmington, Mass., Feb. 25, 2026** – Textron Systems Corporation, a Textron Inc. (NYSE: TXT) company, announced today it was awarded a prototype agreement from the U.S. Army for the Low Altitude Stalking & Strike Ordnance (LASSO) program. Under the prototype agreement, Textron Systems will deliver a Damocles™ loitering munition system and demonstrate it to the U.S. Army.

The Damocles™ loitering munition, equipped with Textron Systems' advanced GEN2 Explosively Formed Penetrator (EFP), is a cutting-edge system designed to deliver decisive lethality in peer warfare environments. For the LASSO program, the Damocles system is integrated with a vertical take-off and landing (VTOL) uncrewed aircraft system (UAS) to deliver top-attack capability. In the VTOL configuration, no launch or recovery equipment is required.

The Damocles system is built with a modular open systems approach (MOSA), allowing other payloads to be integrated into the system to support various concepts of operation (CONOPS), such as electronic warfare effects. For operational safety, the system includes features to prevent unexploded ordnance (UXO), reducing the risk of hazardous remnants on the battlefield.

"Loitering munitions technology will be key in protecting the warfighter on the battlefield – they allow warfighters to send systems like Damocles beyond-line-of-sight (BLOS) to engage a target from a safer standoff distance," said Henry Finneral, Senior Vice President, Weapon Systems. "Textron Systems is proud to support this mission and leverage our industry-leading EFP technology to provide next-generation capability at speed and at scale."

###

**About Textron Systems**

Textron Systems is a world leader in uncrewed air, surface and land products, services and support founded on the combined expertise in our family of brands that includes Textron Systems, Howe & Howe, Lycoming, and ATAC. We harness the unlimited power of teamwork to solve incredible problems across seven specialized domains: air, land, sea, propulsion, weapon systems, electronic systems and test, training & simulation. From product development and

**TEXTRON**

...manufacturing, operations and support, we integrate and offer ingenious and advanced solutions to support defense, aerospace, and other customer missions. For more information, visit www.textronsystems.com.

**About Textron Inc.**

Textron Inc. is a multi-industry company that leverages its global network of aircraft, defense, industrial and finance businesses to provide customers with innovative solutions and services. Textron is known around the world for its powerful brands such as Bell, Cessna, Beechcraft, Pipistrel, Jacobsen, Kautex, Lycoming, E-Z-GO, and Textron Systems. For more information, visit: www.textron.com.

*Certain statements in this press release are forward-looking statements which may project revenues or describe strategies, goals, outlook or other non-historical matters; these statements speak only as of the date on which they are made, and we undertake no obligation to update or revise any forward-looking statements. These statements are subject to known and unknown risks, uncertainties, and other factors that may cause our actual results to differ materially from those expressed or implied by such forward-looking statements, including, but not limited to, the efficacy of research and development investments to develop new products and risks related to U.S. government contracts as described in our filings with the Securities and Exchange Commission..*

**MEDIA CONTACT**
Textron System
Public Relations Team
978-657-2020

publicrelations@textronsystems.com

View All News →

QUICK LINKS

SEC Filings

Investor FAQs

Information Request Form

INVESTOR EMAIL



Enter Your email address                                                                SUBMIT

News                          Quarterly Reports

Annual Reports                SEC Filings

End of Day Stock Quote        Events & Presentations

Unsubscribe

Privacy Policy  |  Terms & Conditions  |  Legal  |  CA Transparency in Supply Chains Act  |  Site Map

© 2004-2026 Textron Inc. - All rights reserved

# EXHIBIT 6



Tom Hamoor, President & CEO
Textron Systems Corporation
124 Industry Lane
Hunt Valley
MD 21030,
USA

**BY REGISTERED POST & EMAIL**
**To:** thamoor@textronsystems.com, unmannedsystems@textronsystems.com

Date: 25 October 2025

Dear Mr Hamoor

**RE:  Textron Systems' "Damocles" Weapon System**

**US Patents: US 11,067,374 B2 and US 11,940,251 B2 ("Overwerx Patents")**

I have recently been informed of your newly developed Damocles weapon system and have noted similarities with the invention protected by our Overwerx Patents.

I have also noted that you have developed the Damocles capability in collaboration with Ascent AeroSystems ("Ascent") as it employs the Ascent coaxial UAV known as the NX30.  Accordingly, we anticipate that you have already been made aware of the Overwerx Patents by Ascent and have assessed that the Damocles does not infringe them.

I must respectfully request your co-operation in sharing with me your assessment that the Damocles system does not infringe any of the claims laid out in the Overwerx Patents. I can give you assurances that I will hold that information in strict confidence. Equally, we can make arrangements for your assessment report to be reviewed behind an information barrier in confidence by an independent expert examiner (i.e. patent attorney) who can provide us with a certificate on non-infringement without disclosing any of your confidential information with us.

In case Ascent may have given you any assurances with respect to the validity of their claims to the Overwerx Patents, I set out some context to that below.

Ascent are attempting to lay claim to the Overwerx Patents, pursuing the inventor, Mr Jeff Hill, through a lawsuit.  Mr Hill was a distinguished US Veteran who served his country with honour, including on the frontline in Iraq where he first conceived of his inventive concept, before approaching Ascent in 2017 to help him realise his invention through collaboration. Some seven years later in 2024, Ascent's founders overcame their apparent collective amnesia to recall that they had invented Mr Hill's concept before him, something that they previously failed to mention to Mr Hill, not only when he first contacted them many years previous in 2017 and shared details of his invention with Ascent, but also subsequently throughout a 12-month collaboration attempting to realise it.

During the current lawsuit Ascent were made fully aware of Mr Hill's medical conditions, including PTSD from his time in the forces, but made no attempts to accommodate that despite his requests and supporting medical evidence, with Ascent insisting he be forced to undergo cross-examination.  There remains no doubt in my mind and those closest to him that the extreme stress of Ascent's vexatious lawsuit led directly to the premature death of Mr Hill earlier

**OVERWERX LTD**

Hazara House, 502 - 504 Dudley Road, Wolverhampton, WV2 3AA, UK

+44 (0) 203 871 2763     |     info@overwatch-group.com     |     www.overwatch-group.uk

UK Company no. 12403501

**OVERWATCH**

this year.  Ascent continue to pursue his Estate in furtherance of their commercial objectives by forcing his Estate to participate in that lawsuit, meaning that his widow shall have no choice but to shoulder the stress of defending Mr Hill's integrity. As a UK veteran myself, I find Ascent's actions in this respect particularly distasteful.

If, having reconsidered your assessment of the Overwerx Patents and the basis of any rights in them that you may have been promised, you do have concerns about an infringement by Textron Systems, I shall be pleased to discuss those concerns with you and feel confident we shall find an amicable solution to ensure you can continue to develop, promote and sell the Damocles capability to the US DoD, including on the LASSO programme.

I look forward to hearing from you by 31 October 2025. Until this matter is resolved, I must hereby reserve all Overwerx Ltd's rights.


Yours faithfully,


Drew Michael, CEO Overwatch Group

# EXHIBIT 7



# SPARTAN

**Engineered for Endurance in Austere Environments**

Designed for reliable, multi-mission flexibility and operational scalability across defense, public safety, and industrial missions.

## CAPABILITIES AT A GLANCE

Category

SPARTAN

Aircraft Class

Group 2 UAS

Primary Mission Role

Medium-lift cargo transport, logistics, agricultural mapping operations

Payload Capacity

Up to 15.3-lb payload capacity, 30-lb MTOW

Universal click-ring payload interaction enables easy swapping or integrating custom payloads

## Autonomy / Control

Remote operation with advanced autonomy integration

## Environment

All-weather, ruggedized airframe

## Deployment Model

Team-based field deployment

## Sustainment

Sleek, cylindrical design, fewer moving parts; modular components and scalable manufacturing

## Scalability

Bridge between small UAS and large unmanned logistics platforms

Download Brochure          Configure



Case 1:26-cv-00297-UNA    Document 1-3    Filed 03/18/26    Page 39 of 74 PageID #: 117



# ABOUT SPARTAN

**Built for Missions That Demand More.** As mission requirements grow in complexity, operators and integrators need platforms that can carry a wider range of payloads, remain airborne longer, and operate reliably in challenging environments.

Engineered to scale alongside mission demands, SPARTAN sets a new standard in performance, reliability, and versatility for defense, public safety, industrial, and agricultural missions that require aircraft-grade capabilities in a compact, portable system.

Delivering increased lift, endurance, and payload flexibility while maintaining the ruggedness and modularity required for real-world operations, SPARTAN is purpose-designed to extend mission reach.

SPARTAN Coaxial UAV | Ascent AeroSystems



# DESIGNED FOR THE MISSION:
# PERFORMANCE WITHOUT COMPROMISE

## Fly Faster, Fly Longer, Carry More

A streamlined airframe and superior physics allow a top speed of 65+ mph, 70+ minutes of flight endurance, 1,800 sq. miles of coverage, and payloads up to 15.3 lbs.





## All-Weather Design

Rugged IP56 airframe designed to reliably operate in heavy rain, snow, dust, sand, and winds over 40mph. Built for real-world operations and real world conditions.

## MOSA Flexibility

Click-ring payload interaction enable rapid reconfiguration for different missions without reconfiguring the aircraft, reducing downtime and increasing operational flexibility.



## Autonomy-Ready Design

Designed to integrate advanced autonomy solutions to support extended missions and reduced operator workload.

## Rugged, Aircraft-Grade Construction

Built to operate in adverse weather and austere environments where reliability is non-negotiable, SPARTAN's sleek core delivers robust strength, custom electronic speed controls for long-term reliability, and a heatsink to withstand extreme temperatures.

Case 1:26-cv-00297-UNA Document 1-3 Filed 03/18/26 Page 44 of 74 PageID #: 122



# OPERATOR BENEFITS

- Carry heavier and more capable payloads
- Extend mission endurance without larger aircraft
- Adapt quickly to new mission requirements
- Reduce fleet fragmentation across mission sets
- Scale operations using a common architecture

# PAYLOAD INTEGRATION

Robinson Unmanned coaxial UAS are engineered for optimal payload flexibility. As the world's only enterprise-grade coaxial UAS, the modular open architecture design makes it easy to integrate and deploy the custom software, sensors, or specialized equipment necessary to meet mission requirements today and tomorrow—no compromises needed.

**Cameras**     Software & Ground Control Stations     Command & Control     Payload Kits     Custom Payload Options



 EO/IR

### NEXTVISION DRAGONEYE2

- Compact, Lightweight Dual EO-IR stabilized camera
- EO 40x Zoom
- Thermal 640×480
- Weight: 165g

**Applications:** Infrastructure Inspection, ISR, Border Security, Long-range & Persistent Surveillance, SAR, Military Operations, Fire Detection
**Markets:** Public Safety, Government, Industrial



 EO/IR

### NEXTVISION NIGHTHAWK2-UZ

- Lightweight Dual EO-IR stabilized camera turret
- EO 40x Zoom
- Thermal 1280×720
- Weight: 380g

**Applications:** Border Protection, Military ISR, Inspection, Long-range & Persistent Surveillance, Crowd Management
**Markets:** Public Safety, Government, Industrial



 EO/IR

### NEXTVISION RAPTOR

- Long-Range EO/IR Stabilized Ca[...]
- EO: 80 x Zoom
- Thermal: 1280×720
- Weight: 625 g

**Applications:** Border Security, M[...]
SAR, Long-range observation, Pe[...]
Geolocations
**Markets:** Public Safety, Governm[...]

**Download Brochure**     Talk to the Team

# SPECIFICATIONS



 AIRFRAME

**PERFORMANCE**

**ENVIRONMENTAL**

**COMMAND & CONTROL**



**Contents**

| | |
|---|---|
| UAS | Missions |
| Technology | Integrators |
| Media | Careers |
| Contact Us | FAQs |
| Helicopters | |

**Robinson Unmanned UAS Sales**

sales@robinsonunmanned.com

**Customer Support**

support@robinsonunmanned.com

200 Ballardvale
Wilmington, MA 01887

Copyright 2026 Robinson Helicopter Company | All Rights Reserved. Robinson technical publications are the property of Robinson Helicopter Company, Inc. and are provided only for the purpose of Robinson helicopter maintenance and operation. Robinson technical publications, in whole or in part, are not otherwise permitted to be reproduced, transmitted, or transcribed without written consent of Robinson Helicopter Company.

Privacy Policy



## OPERATOR BENEFITS

- Carry heavier and more capable payloads
- Extend mission endurance without larger aircraft
- Adapt quickly to new mission requirements
- Reduce fleet fragmentation across mission sets
- Scale operations using a common architecture

## PAYLOAD INTEGRATION

Robinson Unmanned coaxial UAS are engineered for optimal payload flexibility. As the world's only enterprise-grade coaxial UAS, the modular open architecture design makes it easy to integrate and deploy the custom software, sensors, or specialized equipment necessary to meet mission requirements today and tomorrow—no compromises needed.

Cameras    **Software & Ground Control Stations**    Command & Control    Payload Kits    Custom Payload Options

### Software & Ground Control Stations

For seamless integration between sUAS hardware and software, our advanced software solutions and available ground control systems provide precise mission planning, real-time telemetry, and intuitive command & control interfaces, ensuring efficient operation and enhanced situational awareness.

**AscentQ**

Our unique version of the open-sourced QGroundControl GCS software, AscentQ, is tailored to fly our coaxial UAVs. AscentQ features: a simplified user interface, streamlined checklists, custom configuration menus and dedicated payload control widgets, creating a more intuitive, more user-friendly experience for the operator.



**FREEFLY PILOT PRO**

Android-based GCS with Samsung Galaxy Tab Active5
- RJ45 LAN port (For telemetry and video supported payloads)
- Screen Mirror over WiFi; Sim Card variant available
- 12x physical buttons
- Battery life: 5 hours, 1 hour charge time
- Size (folded): 8.50 in x 10.31 in x 3.11 in
- Weight: 4.25 lbs
- IP43 (Controller Body) / IP68 (Integrated Tablet)
- NDAA Compliant



**HERELINK**

Android-based all-in-one contro
- Up to 20km in FCC mode, 12km
- WiFi, Bluetooth, and USB to con
- Battery life: 2-4 hours
- Size: 8.5 in x 4.2 in x 1.2 in
- Weight: 1.2 lbs

Download Brochure          Talk to the Team

## SPECIFICATIONS

### AIRFRAME                                                                    ⌄

### _RFORMANCE                                                                  ⌄

# OPERATOR BENEFITS

- Carry heavier and more capable payloads
- Extend mission endurance without larger aircraft
- Adapt quickly to new mission requirements
- Reduce fleet fragmentation across mission sets
- Scale operations using a common architecture

# PAYLOAD INTEGRATION

Robinson Unmanned coaxial UAS are engineered for optimal payload flexibility. As the world's only enterprise-grade coaxial UAS, the modular open architecture design makes it easy to integrate and deploy the custom software, sensors, or specialized equipment necessary to meet mission requirements today and tomorrow—no compromises needed.

Cameras    Software & Ground Control Stations    **Command & Control**    Payload Kits    Custom Payload Options



### DOODLE LABS

DoodleLABs SWaP-optimized Mesh Rider® radios offer long-range, high-bandwidth mesh networks for uncrewed systems and are NDAAcompliant. They feature a multi-band capability covering the M1-M6 frequency bands (1625 – 2500 MHz) within a single radio, offering a robust and versatile solution for various applications.



### HERELINK DDL 2.4GHZ

An integrated remote controller, ground station, and wireless digital transmission system designed to be used with the Cube Autopilot, Ardupilot or PX4. Herelink allows RC control, HD video, and telemetry data to be transmitted up to 20km between the ground station and air unit.



### L3 HARRIS FALCON III R
### UNMANNED AIRCRAFT I

Compact SWaP profile, allowing and video transmission.Offers fu wideband radios and traditional including Combat Net Radio (CN

Download Brochure        Talk to the Team

# SPECIFICATIONS

## AIRFRAME                                          ⌄

## PERFORMANCE                                       ⌄



# OPERATOR BENEFITS

- Carry heavier and more capable payloads
- Extend mission endurance without larger aircraft
- Adapt quickly to new mission requirements
- Reduce fleet fragmentation across mission sets
- Scale operations using a common architecture

# PAYLOAD INTEGRATION

Robinson Unmanned coaxial UAS are engineered for optimal payload flexibility. As the world's only enterprise-grade coaxial UAS, the modular open architecture design makes it easy to integrate and deploy the custom software, sensors, or specialized equipment necessary to meet mission requirements today and tomorrow—no compromises needed.

Cameras      Software & Ground Control Stations      Command & Control      **Payload Kits**      Custom Paylo

**Payload Development kits (PDK)**

Ascent's available Product Development Kits (PDKs) extend payload customization capability to the Integrator or the Operator, making it easy to quickly configure custom, mission-specific payloads and sensors as requirements change. The PDK includes CAD files and other resources needed for seamless electrical, mechanical, and software integrations. PDKs can be used to integrate payloads to the top or bottom of the Spirit or to the bottom of the Spartan.

**Custom Payload for Specialized Missions**

The Payload Development Kit (PDK) further extends payload development to end users, enabling the rapid development of other mission-specific payloads. The PDK provides a full set of payload development tools for electrical, mechanical, and software integration.

---

**Three PDKs are available:**

1. **Terminal PDK** - used to integrateTerminal PDK – used to integrate payloads to the top or bottom of the core
2. **Intermediate PDK** – used to integrate payloads between a battery and a payload.
3. **Landing Gear PDK** – allows integration of both a sensor and landing gear to the bottom of the aircraft.

Standardized pinouts on the PDKs distribute power and data to the top and bottom of the core and integrate directly with the autopilot.

---



# NX30 PLATFORM SPECIFICATIONS

## VEHICLE

| | |
|---|---|
| **AIRFRAME DESIGN** | Coaxial Unmanned Aerial Vehicle |
| **MATERIALS** | Polycarbonates, composites, aluminum |
| **HEIGHT** | 32 inches (812 mm) |
| **CORE DIAMETER** | 6.18 inches (157 mm) |
| **TIP-TO-TIP SPAN** | 36 inches (914 mm) |

## PERFORMANCE

| | |
|---|---|
| **MAX TAKEOFF WEIGHT** | 30 lbs. (13.6 kg) |
| **PAYLOAD** | Maximum available payload w/ one battery: 15.3 lbs. (6.9 kg) |
| | Maximum available payload w/ dual battery: 8.7 lbs. (3.9 kg) |
| **EMPTY WEIGHT** | Core Vehicle (no battery or payload) 8.1 lbs. (3.6 kg) |
| **DRIVE SYSTEM** | Direct drive with 2x brushless motors |
| **POWER** | 12S 44.4 volts Lithium-ion |
| **ENDURANCE** | **ONE BATTERY:** 20 min. w/ 15.3 lbs. payload |
| | **DUAL BATTERY:** 65+ min. w/ no payload \| 50 min. w/ 7.5 lbs. payload |
| **MAX ALTITUDE** | 14,600 feet above MSL (5,000 m) (observed) |
| **MAX SPEED** | Manual: 60+ mph (100 kph, 27 m/s) |
| | Auto (Recommended): 40 mph (65 kph, 18 m/s) |
| **ENVIRONMENTAL** | IP56 |
| | **OPERATING TEMP:** -40 to 130F (-40 to 54C) |
| | **WIND RESISTANCE:** CLASS 8 (40+ mph) |

## COMMAND & CONTROL (C2)

| | |
|---|---|
| **DATA LINK** | Standard configuration 2.4 GHz. Other options available. |
| **AUTOPILOT** | Pixhawk Cube. NDAA-compliant, MAVLink compatible |
| | Other autopilot options available |
| **GPS** | GPS, GLONASS, BEIDUO + RTK support.  Other options available. |
| **AIRBORNE EQUIPMENT & GCS OPTIONS** | A wide range of C2 hardware is available to support manual and autonomous operations. Airborne options include Microhard, Silvus, Persistent Systems and DoodleLabs. GCS options include Herelink, UXV Navigator Tab5, Vantage Robotics, ruggedized Windows PCs and Android/iOS tablets. |

Performance details for specific combinations of C2 equipment are available upon request.
New C2 options are added often and custom options are available.  Please contact us for details.



© Ascent AeroSystems, Inc. 2024

www.ascentaerosystems.com

# NX30

## THE ULTIMATE UAS PLATFORM FOR MATERIAL TRANSPORT



Designed for reliable network delivery operations in any weather, the NX30 packs unprecedented lifting power into the smallest possible airframe. It offers an unmatched combination of speed, range, endurance, and payload capacity.

## PERFORMANCE

| | |
|---|---|
| **MAX ENDURANCE (2 batteries)** | 65+ minutes<br>5 min reserve |
| **MAX RANGE (2 batteries)** | 35 miles |
| **MAX OPERATING RADIUS** | 17 sm |
| **OPERATIONAL SERVICE AREA**<br>Defined as area covered through a 24-mile A-to-B mission | 1,800 sq. miles |
| **MAX RANGE SPEED** | 45 mph |
| **MAX SPEED** | 65 mph |
| **MAX WIND** | >40 mph |
| **ENVIRONMENTAL** | IP56 |



## SPECIFICATIONS

| | |
|---|---|
| **MTOW** | 30.0 lbs. |
| **AIRCRAFT (empty)** | 8.1 lbs. |
| **BATTERY WEIGHT (2 batteries)** | 13.2 lbs. (12S 30 Ah) |
| **BATTERY WEIGHT (1 battery)** | 6.6 lbs. (12S 15 Ah) |
| **MAX PAYLOAD (2 batteries)** | 8.7 lbs.* |
| **MAX PAYLOAD (1 battery)** | 15.3 lbs.* |
| **AIRFRAME % of MAX WEIGHT** | 27% |
| **MAX PAYLOAD % of MAX WEIGHT (1 battery)** | 51% |
| **CORE DIAMETER** | 7 in. |
| **Height (2 batteries)** | 32 in. |
| **TIP-TO-TIP SPAN** | 36 in. |
| **PACKED VOLUME** | < 3 cubic feet |



**www.ascentaerosystems.com**

# NX30 MISSION

## MISSION

OUTBOUND LEG: 12 miles
DELIVERY: Simulated drop-off
RETURN LEG: 12 miles
TAKEOFF WEIGHT: 28.8 lbs.
DELIVERED PAYLOAD: 5 lbs.

## SERVICE AREA

(5-lb. payload, 4-minute reserve)
12-MILE RADIUS (ABA): 450 SQ MILES
24-MILE RANGE (AB): 1,800 SQ MILES



## FLIGHT TIME

OUTBOUND LEG: 18 minutes
DELIVERY PHASE: 1 minute
RETURN LEG: 18 minutes
TOTAL MISSION TIME: 37 minutes

BATTERY RESERVE: 4 minutes

(5 lb. payload was retained throughout the entire mission,
representing the most conservative "abort" scenario)

www.ascentaerosystems.com

# EXHIBIT 8

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

ASCENT AEROSYSTEMS INC. :
        : Civil Action No.:
    Plaintiff,  :
        :
  v.     :
        :
JEFFREY T. HILL   :
ANDREW G. MICHAEL  :
OVERWATCH AEROSPACE LLC :
OVERWATCH AEROSPACE LTD :
OVERWERX LTD   :
        :
    Defendants. : JUNE 21, 2024

## COMPLAINT

The plaintiff, Ascent AeroSystems Inc. ("Ascent'), hereby files its Complaint against the defendants, as follows:

## THE PARTIES

1. Ascent is now a Delaware corporation, having converted from a Connecticut limited liability company on or about May 31, 2016.

2. Ascent is a wholly owned subsidiary of Robinson Helicopter Company based in Torrance, California.

3. Ascent currently maintains two places of business, one at 100 Research Drive, Wilmington, Massachusetts and a second at 2901 Airport Drive, Torrance, California. The former is Ascent's corporate headquarters and principal place of business.

4. Ascent has been engaged in the business of designing, making, and selling Unmanned Aerial Vehicles ("UAVs"), or "drones," since 2014.

{N6004638}      1

5.      Ascent is an innovator in the development of a unique "coaxial" configuration of UAVs. Coaxial drones resemble cylinders with two counter-rotating rotors that share the same central axis. Due to their sophisticated design, Ascent's coaxial drones are compact, portable, rugged, fast, efficient, quiet, and agile, and are also readily adaptable to a wide range of uses, including industrial, public safety, and military applications.

6.      The defendant, Jeffrey T. Hill ("Hill"), is an individual residing at 1301 Gleneagles Lane, Davenport, Florida.

7.      Hill was a member/manager of Overwatch Defense, LLC ("Overwatch Defense"), which from September 2017 until September 2020, was a Florida limited liability company that maintained a principal place of business at Hill's residence located at 1301 Gleneagles Lane, Davenport, Florida.

8.      Hill was also a member/manager of Overwatch Optics, LLC ("Overwatch Optics"), which is a Florida limited liability company that also maintains a principal place of business at Hill's residence located at 1301 Gleneagles Lane, Davenport, Florida.

9.      Overwatch Defense held itself out as a supplier of weapon systems that could be incorporated into Ascent's coaxial drones.

10.     Hill is also a founder, shareholder, and former director of Overwerx Ltd. ("Overwerx"). Overwerx is a private limited company that was incorporated under the laws of the United Kingdom in or about January 2020.

11.     Overwerx wholly owns Overwatch Aerospace Ltd ("Overwatch Aerospace") and these two entities do business as the "Overwatch Group."

{N6004638}                                    2

12. Overwatch Aerospace is a private limited company that was incorporated under the laws of the United Kingdom on or about February 7, 2020. Hill holds himself out as a founder and full-time employee of Overwatch Aerospace.

13. Hill is also a member/manager of Overwatch Aerospace LLC ("Overwatch Aerospace USA"). Overwatch Aerospace USA is a limited liability company that was organized under the laws of the State of Florida in or about August 2021.

14. The defendant, Andrew G. Michael a/k/a Drew Michael ("Michael"), is a British citizen and was the "Chief Operating Officer" of Overwatch Defense.

15. Michael is a founder, shareholder, director, and Chief Executive Office of Overwerx and a founder and director of Overwatch Aerospace.

16. Michael is also a member/manager of Overwatch Aerospace USA, whose company filings with the Florida Secretary of State list Michael's address as 505 Brevard Avenue, Suite 104, Cocoa, Florida.

17. As detailed herein, Overwerx, Overwatch Aerospace, and Overwatch Aerospace USA are entities whose purpose was to misappropriate and commercially exploit Ascent's technology and intellectual property – illegal acts that have caused, and if not enjoined, will continue to cause substantial and irreparable harm to Ascent.

18. On or about May 2, 2024, Overwatch Group announced that it was introducing a coaxial drone called "Pholos" to the U.S. market at a conference for Special Operations Forces called "SOF 2024."

19. SOF 2024 took place at the Tampa Convention Center, in Tampa, Florida, from May 6 to May 10, 2024.

{N6004638}                                      3

20.     As detailed herein, "Pholos" comprises a coaxial drone that was created by Ascent and whose operational, technical and design details were shared with Hill, Michael, Overwatch Optics and Overwatch Defense under a Mutual Non-Disclosure Agreement and Teaming Agreement.

21.     On or about May 2, 2024, Overwatch Group also announced that it had participated in a US-hosted major army warfighting experiment in California as part of Project Convergence Capstone 4 (PC-C4) and contributed to an integrated reconnaissance and precision strike demonstration at the White Sands missile range in New Mexico.

22.     This action relates to and, in part, arises out of a prior civil action entitled *Ascent AeroSystems Inc. v. Overwatch Defense LLC,* Civil Action No. 3:19-cv-00210 (KAD), which was filed in the United States District Court for the District of Connecticut.

## JURISDICTION AND VENUE

23.     This is an action for Breach of Contract, Trade Secret Misappropriation, Correction of Inventorship, and Unfair and Deceptive Trade Practices.

24.     The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332, and 1338(a) and 18 U.S.C. § 1836(c).

25.     The Court has personal jurisdiction over the defendants because each defendant, personally and/or by and through an agent, (a) consented to jurisdiction in Connecticut, (b) transacted business within the state, (c) committed a tortious act within the state, and/or (d) committed wrongful acts outside the state and those wrongful acts have caused harm inside the state.

26.     Venue is proper because Overwatch Defense waived any objection to venue in any action instituted in a Connecticut court and the defendants are successors to Overwatch

Defense, and alternatively, because a substantial part of the events or omissions giving rise to the claim occurred in this venue.

27.     In particular, as part of a resolution *Ascent AeroSystems Inc. v. Overwatch Defense LLC,* Civil Action No. 3:19-cv-00210 (KAD), Overwatch Defense promised that it had returned all of Ascent's products and equipment; verified that all information provided by Ascent or derived from Ascent's disclosures had been or would be destroyed; promised that it would not use information provided by Ascent or derived from Ascent's disclosures; and promised not to infringe Ascent's patent. Yet, soon thereafter, Hill and Michael created Overwerx, Overwatch Aerospace, and Overwatch Aerospace USA, for the purpose of undermining, circumventing, and/or breaching those promises, by misappropriating and commercially exploiting Ascent's coaxial drone technology.

## FACTUAL BACKGROUND

28.     Since 2014, Ascent has been engaged in the business of designing, manufacturing, and selling coaxial drones for industrial, public safety, and defense applications.

29.     Ascent's coaxial drones are unique in configuration, allowing Ascent's drones to be flown efficiently at both low and high speeds, with outstanding maneuverability, for long distances, while carrying relatively heavy payloads.

30.     Ascent's coaxial drones are also highly versatile because of their cylindrical shape, compactness, and modularity – features that (1) make it rugged and damage resistant, (2) allow use of a wide variety of payloads, (3) facilitate storage and handling, (4) enable operations in adverse weather conditions, and (5) make possible launches from confined areas and/or moving platforms.

31.    Ascent's coaxial drones can be equipped with sophisticated equipment and sensors, including global positioning and imaging systems, which allow for precision control even from extended distances.

32.    In or about September 2017, Hill – on behalf of Overwatch Defense and Overwatch Optics – directed an unsolicited communication to Ascent inquiring about Ascent's coaxial drones.

33.    On September 23, 2017, Hill represented to Ascent: "We have been working on this project for some time and have patented it, but the development of the coaxial drone with a decent payload isn't easy (as Im sure you are aware). Your units fit the bill for what we need."

34.    Hill's representation about "hav[ing] patented it" was false, and upon information and belief, his representation about "working on this project for some time" was equally false.

35.    Believing Hill was acting in good faith, Ascent entered a Mutual Non-Disclosure Agreement ("NDA") with Overwatch Optics on September 27, 2017, effective September 23, 2017.

36.    The NDA provides for the protection of confidential, proprietary and/or trade secret information shared by the parties, so that a possible business relationship could be explored. In addition, the NDA ensured that equipment, components, software, or other items would not be reverse engineered, disassembled, or decompiled. Nor would any such item be otherwise analyzed to determine its physical construction. The NDA provides for the application of law of the State of New York and that all disputes be resolved in the state or federal courts covering Sandy Hook, Connecticut.

37.    Thereafter, on or about November 12, 2017, Ascent and Overwatch Defense entered into a Commercial Teaming Agreement, wherein the parties agreed to jointly pursue the

business initiative of making and selling a "PHOLOS" weaponized drone, *i.e.,* Ascent's coaxial drone adapted for a military application. The parties expressly agreed to be bound by the NDA. The parties further agreed that each party owned the rights to any technology it would independently develop or had already developed, and that no transfer, grant, or license was made or implied because of the agreement.

38.     Under these agreements and relying upon the promises and protections expressly found therein, Ascent shared its confidential, proprietary and/or trade secret information with Hill, Michael, and Overwatch Defense about its coaxial drones.

39.     The confidential, proprietary and/or trade secret information provided under the NDA and Teaming Agreement includes, without limitation, the following:

a. 3D CAD STEP files for the Pholos I and Pholos 2 coaxial drone mockups, which are engineering models of the fully assembled drones, including each module of each drone configuration;

b. 3D CAD files of the bulkhead payload module and the payload mounting ring of a functional Ascent's coaxial drone, which are mating parts that provide a means for mating various drone modules and establish a three-legged landing gear configuration;

c. 3D CAD files of the modular attachment ring of a functional Ascent's drone that includes a particular radial bolt pattern;

d. A "bill of materials" (parts list) for each module (propulsion and rotor system, flight control, forward interface, battery, communications) of one of Ascent's functional UAV designs that formed the basis of the Teaming Agreement's PHOLOS drone;

e. A pinout of the connector board of an Ascent drone that provides technical details of the electrical design elements of the Ascent drone's modularity; and

f. A non-public specification sheet for an operational Ascent drone.

40.     Ascent also shared the following equipment and items with Hill, Michael, and Overwatch Defense: (a) a Sprite 1 UAV with a First-Person View system, (b) Pholos 1 UAV

Mockups, (c) Pholos 2 UAV Mockups, (d) Sprite 2 UAVs with ground controller and accessories, and (e) Sprite 2 UAV (vehicle only).

41.     On or about October 26, 2018, Overwatch Defense – through its counsel – expressed "an interest in exploring a long-term exclusive license with Ascent … involving the exclusive use of Ascent's defense-related assets, including intellectual property."

42.     No such agreement was ever reached, and instead, in accordance with its terms, Ascent terminated the Commercial Teaming Agreement by letter dated November 26, 2018.

43.     On December 3, 2018, and then again on December 21, 2018, Ascent demanded, in writing, the prompt return of Ascent's confidential, proprietary and/or trade secret information, along with the equipment detailed above.

44.     By letter dated February 4, 2019, Overwatch Defense rejected Ascent's demands.

45.     Eight days later, on February 12, 2019, Ascent filed the action entitled *Ascent AeroSystems Inc. v. Overwatch Defense LLC,* Civil Action No. 3:19-cv-00210 (KAD), in the District Court for the District of Connecticut.

46.     The parties quickly reached a settlement, because (1) Overwatch Defense agreed to return all of Ascent's equipment except for one drone that was allegedly destroyed, (2) Hill attested under oath that all printed and electronic Information provided by Ascent or derived from Ascent's disclosures had been or would be destroyed, (3) Hill promised that Overwatch would not use any information provided by Ascent or derived from Ascent's disclosures in any manner in the future, and (4) Hill agreed that Overwatch would not infringe U.S. Patent No. 10,093,417 B2.

{N6004638}                                                8

47. In reliance on Hill and Overwatch's promises and representations, Ascent dismissed without prejudice the case entitled *Ascent AeroSystems Inc. v. Overwatch Defense LLC,* Civil Action No. 3:19-cv-00210 (KAD), on April 24, 2019.

48. However, only months later, Hill and Michael founded Overwerx in January 2020, and Overwatch Aerospace in February 2020, for the purpose of misappropriating Ascent's technology and creating a "Pholos" coaxial drone.

49. On March 17, 2020, Hill was appointed a Director of Overwerx and on that same day, Hill caused Overwatch Defense to assign U.S. Patent Application No. 16/153,696 to Overwerx.

50. On September 25, 2020, Overwatch Defense was dissolved.

51. As of January 13, 2021, Michael owned 4800 shares of Overwerx while Hill owned 3700 shares of Overwerx.

52. On August 19, 2021, Hill and Michael organized Overwatch Aerospace USA, with a place of business listed in Cocoa, Florida.

53. According to its May 2024 announcement, the Overwatch Group began delivering the misappropriated "Pholos" coaxial drone at some point in 2022 outside the United States.

54. On or about September 29, 2023, Overwatch Aerospace sought trademark protection from the Intellectual Property Office in the United Kingdom for the designation "Pholos" for drones, military drones, and UAVs.

55. On May 2, 2024, Overwatch Group and Michael announced the launch of "Pholos" into the United States market.

{N6004638}

9

## COUNT ONE (Breach of Contract)

56. Paragraphs One to Fifty-Five above are hereby incorporated herein as Paragraphs One to Fifty-Five of Count One.

57. Overwerx, Overwatch Aerospace, and Overwatch Aerospace USA are responsible for the debts and obligations of Overwatch Defense under federal and state principles of successor liability because (1) a de facto merger/consolidation occurred, (2) the successor entities were a mere continuation of Overwatch Defense's business, and/or (3) the company reorganization/restructuring occurred in an attempt to fraudulently escape Overwatch Defense's debts and obligations owed to Ascent.

58. Ascent satisfied its obligations under the NDA, the Teaming Agreement and the Settlement Agreement.

59. Overwatch Defense and its successors, Overwerx, Overwatch Aerospace and/or Overwatch Aerospace USA, breached the NDA, the Teaming Agreement and the Settlement Agreement, in one or more, or all of the following ways:

(1) Misappropriating Ascent's confidential, proprietary and/or trade secret information concerning its coaxial drones,

(2) Engaging in and/or causing others to reverse engineer, disassemble, decompile, or otherwise analyze the physical construction of Ascent's drones,

(3) Pursuing the business initiative of making and selling a Pholos coaxial drone after termination of the Teaming Agreement,

(4) Fraudulently pursuing and securing patents on Ascent's intellectual property before the United States Patent Office,

(5) Using information provided by Ascent under the NDA and/or Teaming Agreement, or derived therefrom, to make and sell a Pholos coaxial drone,

(6) Commercially exploiting Ascent's confidential, proprietary and/or trade secret information without Ascent's authorization, grant, or license,

(7)     Failing to destroy information provided by Ascent under the NDA and/or Teaming Agreement,

(8)     Using images of Ascent's coaxial drones provided under the NDA and/or Teaming Agreement in marketing and promotional materials, and/or

(9)     Copying Ascent's product specification sheet to create a product specification sheet for the replicated PHOLOS drone.

60.     Each breach, alone and/or in combination, has caused substantial and irreparable harm to Ascent and will continue to cause substantial and irreparable harm to Ascent, unless and until the defendants are enjoined.

61.     As a result of the foregoing breaches of contract, Ascent is entitled to a recovery of damages, issuance of a preliminary and permanent injunction, and a recovery of its costs and attorneys' fees.

## COUNT TWO (Breach of Contract)

62.     Paragraphs One to Sixty-One above are hereby incorporated herein as Paragraphs One to Sixty-One of Count Two.

63.     Hill and Michael are personally liable for the contract breaches, detailed above, under equitable principles of veil piercing because (1) Hill and Michael exercised complete dominion with respect to these transactions and the wrongdoing alleged and such dominion was used to commit a fraud or wrong against Ascent proximately causing it harm, and/or (2) a unity of interest and control existed such that the company's independence had never begun or had ceased and adhering to the corporate fiction would serve only to defeat justice and equity.

64.     Each breach, alone and/or in combination, has caused substantial and irreparable harm to Ascent, which will continue unless enjoined.

{N6004638}                                          11

65.     Ascent is thus entitled to a recovery of damages against Hill and Michael, an issuance of a preliminary and permanent injunction, and a recovery of its costs and attorneys' fees.

66.     Hill and Michael are therefore personally, jointly, and severally liable for the damages caused by the breaches of the NDA, Teaming Agreement and/or Settlement Agreement, alleged herein.

## COUNT THREE (Trade Secret Misappropriation)

67.     Paragraphs One to Sixty-Six above are hereby incorporated herein as Paragraphs One to Sixty-Six of Count Three.

68.     Ascent, through a substantial investment of time and resources, developed confidential and proprietary information concerning its coaxial drones.

69.     Ascent has taken reasonable measures to keep such information secret, which includes entering the NDA and the Teaming Agreement, to protect such information from wrongful use and/or disclosure.

70.     Ascent also promptly commenced the related, prior civil action against Overwatch Defense to enforce the NDA and Teaming Agreement and secured explicit promises and representations from Overwatch Defense and Hill designed to protect Ascent's confidential and proprietary information.

71.     The secrecy of Ascent's confidential and proprietary information derives independent economic value, actual or potential, because it is not generally known and not readily ascertainable through proper means.

72.    In fact, during the Teaming Agreement, Hill on behalf of Overwatch Defense expressed that they were "keen on owning some IP" and "would also like to know what a perpetual license (defense only) would be."

73.    Thereafter, Hill on behalf of Overwatch Defense proposed a License Agreement and Memorandum of Understanding, whereby Overwatch Defense would pay $5 Million, plus a running royalty, for a non-exclusive, worldwide license in all of Ascent's Copyrights, Know-how and Patents required to make and sell Ascent's coaxial drone when used to carry an explosive payload.

74.    Ascent uses its trade secrets with respect to its coaxial drones to engage in business within Connecticut and in interstate commerce.

75.    Hill, Michael, Overwatch Defense, Overwerx, Overwatch Aerospace, and Overwatch Aerospace USA have misappropriated Ascent's trade secret protected information by using the trade secrets without Ascent's consent, after Hill, Michael and Overwatch Defense derived and secured the information and equipment under circumstances that explicitly limited their use, including without limitation that Ascent's coaxial drones would not be reverse engineered, disassembled, decompiled or otherwise analyzed to determine their physical construction.

76.    Each defendant, as a consequence, has violated 18 U.S.C. § 1836 and Connecticut General Statutes § 35-51 et seq., and the Court should enjoin each of them from actual and/or threatened misappropriation and/or use of Ascent's protected intellectual property.

77.    Ascent has suffered, and will continue to suffer, irreparable harm because of the defendants' misappropriation of Ascent's trade secrets and Ascent has no adequate remedy at law.

{N6004638}                                    13

78.     The Court should also award Ascent damages for the losses caused by the trade secret misappropriation and/or for any unjust enrichment resulting from that misappropriation, including disgorging all wrongfully secured earnings and/or profits of the defendants.

79.     The wrongful conduct of the defendants is willful and malicious, justifying an exemplary damage award of at least two times the damages awarded.

## COUNT FOUR (Inventorship Correction)

80.     Paragraphs One to Seventy-Nine above are hereby incorporated herein as Paragraphs One to Seventy-Nine of Count Four.

81.     On or about October 5, 2018, Hill and Overwatch Defense filed a non-provisional patent application with the United States Patent Office, wherein they falsely claimed that Hill was the inventor of Ascent's coaxial drone with an explosive component and imaging system.

82.     Two of Ascent's founders, however, conceived of and reduced that claimed invention to practice before Hill, and Hill wrongly misappropriated it and then fraudulently claimed it as his own.

83.     Hill and Overwatch Defense continued to pursue issuance of patents even after Ascent terminated the Teaming Agreement, leading the U.S. Patent Office to issue U.S Patent Nos. 11,067,374 and 11,940,251.

84.     Hill assigned these fraudulent patents to Overwatch Defense, and Hill then caused Overwatch Defense to assign them to Overwerx.

85.     35 U.S.C. § 256 authorizes this federal district court to issue an order directing the patent be corrected to properly reflect inventorship in circumstances where (i) a patent lists an inventor who is not actually an inventor (as here), and/or (ii) a true inventor has been left off the patent entirely (also as here).

{N6004638}                                      14

86. In accordance with 35 U.S.C. § 256, the Court should accordingly issue an order directing the Director of the U.S. Patent Office to correct inventorship of U.S. Patent Nos. 11,067,374 and 11,940,251.

### COUNT FIVE (Unfair and Deceptive Trade Practices)

87. Paragraphs One to Eighty-Six above are hereby incorporated herein as Paragraphs One to Eighty-Six of Count Five.

88. The actions of the defendants, alone and combined, constitute unfair and deceptive trade practices in violation of Connecticut General Statutes § 42-110a et seq.

89. The wrongful acts of the defendants include, without limitation:

   a. Misrepresenting that Hill and/or Overwatch had patented the concept of a coaxial drone with an explosive payload.

   b. Gaining access to Ascent's technology under the false premise that they would honor the NDA and Teaming Agreement.

   c. Using Ascent's confidential and proprietary information to falsely claim Hill is the rightful inventor and Overwatch Defense and Overwerx are the rightful owners of Ascent's intellectual property.

   d. Fraudulently pursuing and securing patents on Ascent's intellectual property before the United States Patent Office.

   e. Using Ascent's confidential and proprietary information to wrongly make, market and sell a Pholos coaxial drone, even though the Teaming Agreement was terminated, and the coaxial drone is and has always been the intellectual property of Ascent.

   f. Engaging in and/or causing others to reverse engineer, disassemble, decompile, or otherwise analyze the physical construction of Ascent's drone.

   g. Dissolving Overwatch Defense and creating Overwerx, Overwatch Aerospace and Overwatch Aerospace for the purpose of attempting to avoid the debts and/or obligations owed to Ascent under the NDA, the Teaming Agreement, and the Settlement Agreement.

{N6004638}                    15

h.      Commercially exploiting Ascent's confidential, proprietary and/or trade secret information without Ascent's authorization, grant, or license.

i.      Using images of the Teaming Agreement's PHOLOS drone to market the replicated PHOLOS drone.

j.      Copying Ascent's product specification sheet to create a product specification sheet for the replicated PHOLOS drone.

k.      Falsely representing to the public that they are a pioneering company and designed the PHOLOS drone in Britain.

90.    The wrongful acts of each defendant are willful and have been committed with malice.

91.    As a result of the defendants' unfair and deceptive trade practices, Ascent has suffered an ascertainable loss and is entitled to an award of actual, consequential, and punitive damages and an award of attorneys' fees against all defendants, including individually against Hill and Michael.

92.    Each defendant is jointly and severally liable to Ascent for the damages caused thereby.

## PRAYER FOR RELIEF

WHEREFORE, Ascent respectfully requests that the Court enter orders and a final judgment as follows:

A.    A preliminary and permanent injunction that enjoins and restrains each defendant, along with the officers, directors, principals, agents, servants, employees, successors, assigns, and attorneys of Overwerx, Overwatch Aerospace and/or Overwatch Aerospace LLC, and all those persons in active concert or participation therewith who received actual notice of this Court's orders, from:

        1.    Making, marketing, offering to sell and/or selling the PHOLOS drone;

        2.    Using and/or disclosing Ascent's confidential, proprietary and/or trade secret information related to Ascent's coaxial drones;

        3.    Using, publishing and/or republishing images of Ascent's drone and/or images derived from Ascent's confidential and proprietary information in its promotion of Overwerx, Overwatch Aerospace and/or Overwatch Aerospace LLC, or the PHOLOS drone; and

        4.    Using, publishing and/or republishing PHOLOS product specification sheets that substantially copy, and/or are derived from, Ascent's product specification sheets.

B.    A preliminary and permanent injunction that mandates the Defendants turnover to the Court, for accounting and destruction, the following:

        1.    Ascent's drones, equipment, and confidential, proprietary and/or trade secret information, including documents, files and/or computer files that are in their possession or control.

        2.    All PHOLOS drones that were created by reverse engineering, disassembling, decompiling or otherwise analyzing the physical construction of Ascent's drones, and/or by using Ascent's confidential, proprietary and/or trade secret information.

C.    A preliminary and permanent injunction that mandates the Defendants to formally instruct, in writing, all third parties who (i) reverse engineered, disassembled, decompiled or otherwise analyzed the physical construction of Ascent's drones, (ii) replicated Ascent's coaxial drone, or (iii) who were afforded access to Ascent's drones, equipment, and/or confidential, proprietary and/or trade secret information:

1. To not use, exploit or disclose any Ascent drone, equipment or information, or any information derived from such equipment, drones, or information at any time for any reason in the future;

2. To turnover to the Court, for accounting and destruction, Ascent drones, equipment, and confidential, proprietary and/or trade secret information, including documents, files and/or computer files in their possession or control;

3. To turnover to the Court, for accounting and destruction, all drones, including PHOLOS drones, that were created by reverse engineering, disassembling, decompiling or otherwise analyzing the physical construction of Ascent's drones, and/or by using Ascent's confidential, proprietary and/or trade secret information.

D. Money Damages.

E. Punitive Damages.

F. Attorneys' Fees.

G. Such other relief as this Court deems just and proper.

## JURY DEMAND

Ascent hereby requests a trial by jury of any issue so triable as of right pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

THE PLAINTIFF,
ASCENT AEROSYSTEMS, INC.


/s/ John R. Horvack, Jr.
John R. Horvack, Jr.
Federal Bar ct12926
Fatima Lahnin
Federal Bar ct24096
Damian K. Gunningsmith
Federal Bar ct29430
Meghan F. Buckley
Federal Bar ct31490
Carmody Torrance Sandak & Hennessey, LLP
195 Church Street
P.O. Box 1950
New Haven, Connecticut 06509-1950
Tel: 203-777-5501
Fax: 203-784-3199
jhorvackjr@carmodylaw.com
flahnin@carmodylaw.com
dgunningsmith@carmodylaw.com
mbuckley@carmodylaw.com

*Attorneys for Ascent AeroSystems Inc.*

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Ascent AeroSystems Inc. | Jeffrey T. Hill, Andrew G. Michael, Overwatch Aerospace LLC, Overwatch Aerospace Ltd., Overwerx Ltd. |

**(b)** County of Residence of First Listed Plaintiff   Middlesex, MA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

John R. Horvack, Jr., Carmody Torrance Sandak & Hennessey, 195 Church St., New Haven, CT 06509

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel &   ☐ 367 Health Care/ Pharmaceutical | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander   Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability   ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine   Liability ☐ 345 Marine Product | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | Liability   **PERSONAL PROPERTY** ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | **LABOR** | ☒ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | Product Liability   ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury   ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations   ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment   ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other   **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education   ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court |
| ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened |
| ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer |
| ☐ 8 Multidistrict Litigation - Direct File | |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 U.S.C. § 256; 18 U.S.C. § 1836

Brief description of cause:
Breach of Contract, Trade Secret Misappropriation, Correction of Inventorship, and Unfair and Deceptive Trade Practices.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE   Kari A. Dooley    DOCKET NUMBER 3:19-cv-00210 (KAD)

DATE   Jun 21, 2024

SIGNATURE OF ATTORNEY OF RECORD   /s/ John R. Horvack, Jr.

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____